In the Matter of the Judicial Settlement of the Accounts of ANNA CARNEY HEAD, as Executrix, etc., of PATRICK HEAD, Deceased, Appellant. FLORIDA FARMS COMPANY, Respondent.— Order, so far as appealed from, unanimously affirmed, with ten dollars costs and disbursements.

VINCENZO RIZZI, Respondent, v. STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.

SARANAC LAND AND TIMBER COMPANY, Appellant, v. JAMES A. ROBERTS, as Comptroller of the State of New York, Respondent.— Pursuant to section 231 of the Code of Civil Procedure, it is hereby directed, in the furtherance of justice, that the appeal herein be sent to the First Department to be there heard and determined. Henry T. Kellogg, J., not sitting.

ALBERT VIELE, JR., Respondent, v. CORTLAND T. ROBINSON, Individually and as Sole Surviving Partner of the Copartnership of O. C. ROBINSON & SON, Appellant.— Judgment and order unanimously affirmed, with costs.

LEONARD H. WALTERS, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by JOSEPH M. SEXTON, Respondent, v. PUBLIC SERVICE COMMISSION or CITY OF NEW YORK, Employer and Self-insurer, Appellant.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of EVA CHAMPINE and RUTH CHAMPINE, Respondents, for Compensation under the Workmen's Compensation Law for the Death of MOSES CHAMPINE. DEGRASSE PAPER COMPANY, Employer; MASSACHUSETTS BONDING AND INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of EDWARD HUDSPITH, JR., Respondent, for Compensation under the Workmen's Compensation Law, v. PIERCE-ARROW MOTOR CAR COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of VICTOR SAVINSKY, for Compensation under the Workmen's Compensation Law, Respondent, v. ISAAC HICKS & SONS, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Motion denied.